**Order entered October 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00530-CR

### ALBERT AYALA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 5
### Dallas County, Texas
### Trial Court Cause No. F11-42504-L

## ORDER

We **GRANT c**ourt reporter Kelly Simmons's October 3, 2014 request for an extension of time to file the reporter's record. The reporter's record shall be due **FIFTEEN DAYS** from the date of this order.

/s/    LANA MYERS
        JUSTICE